# UNITED STATES DISTICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL GROUP, INC., a California Corporation; and DOES 1 to 50; inclusive,<br><br>Defendants. | **CASE NO. 2:13-CV-7826-BRO (Ex)**<br><br>*[Assigned to Courtroom 14 – Honorable Beverly Reid O'Connell, Magistrate Charles F. Eick]*<br><br>[PROPOSED] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>*[Stipulation To Dismiss filed Concurrently Herewith]*<br><br>Complaint filed: September 10, 2013<br>Removal: October 23, 2013<br>Trial Date: January 20, 2015 |

/ / /

/ / /

/ / /

---
1
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief in the above-captioned action brought by Plaintiff Paula Smith against Defendant American Financial Group, Inc. are dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1), each side to bear their own fees and costs herein.

IT IS SO ORDERED:

DATED: 9/5 , 2014

HON. BEVERY REID O'CONNELL
United States District Court